IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MARSHA MOFFITT; DENNIS BRADFORD;
EMILY BUTLER; and MARTIN DAVIS                                    PLAINTIFFS

v.                              No. 1:19-cv-72-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                 DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 December 2019